**Motion Granted; Order filed March 8, 2012.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-11-00716-CV
————————

### MOHAMMED ZAHIRUDDIN, Appellant

### V.

### RS 6600 SW FWY., LP, Appellee

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2009-71889**

---

## O R D E R

A document entitled "Appellant's Brief in this Case" was filed on November 17, 2011. Appellant Mohammed Zahirrudin filed the brief on behalf of himself and Unihealth Services, Inc. d/b/a Mediclinic. Mohammed Zahurrudin is not an attorney and cannot represent the corporate defendant in his pro se capacity. *See Dell Dev. Corp. v. Best Indus. Uniform Supply Co., Inc.*, 743 S.W.2d 302 (Tex. App.—Houston [14th Dist.] 1987, writ denied). On February 13, 2012, the parties were notified that the court would consider dismissal of the appeal of Unihealth Services, Inc., d/b/a Mediclinic for want of

prosecution unless a response was filed showing meritorious grounds to continue its appeal. No response was filed. On March 1, 2012, the appeal of Unihealth Services, Inc., d/b/a Mediclinic was dismissed for want of prosecution.

Appellee filed a motion requesting that appellant Mohammed Zahirrudin file another brief. Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. In particular, appellant has failed to raise issues that may be addressed and provide adequate citations to the record and to authority. Tex. R. App. P. 38.1(f), (h).

Accordingly, pursuant to Rule 38.9(b), the court orders appellant Mohammed Zahirrudin to rebrief. *See* Tex. R. App. P. 38.9(b). If appellant continues to represent himself, he may not file a brief on behalf of the corporation. Appellant's amended brief is due **April 5**, **2012,** and appellee's responsive brief shall be due 30 days after appellant's revised brief is filed.

PER CURIAM